IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| TAMMY L. HARLIN, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | No. CIV-04-1635-C |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner, Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant | ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This civil action requesting review of the decision of the Commissioner, Social Security Administration, denying Plaintiff's applications for disability and supplemental security income benefits was referred to United States Magistrate Judge Bana Roberts consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Roberts entered her Report and Recommendation, recommending that the decision of the Commissioner be affirmed, on November 30, 2005. Plaintiff timely objected, and filed a supplement to her objection, and the Court therefore considers the matter de novo.

The relevant facts and applicable law are fairly and accurately set out in the Report and Recommendation of the Magistrate Judge and need not be repeated here. In objection, Plaintiff argues the same issues raised and rejected by the Magistrate Judge. Although additional explanation, advocacy, and a recent case are urged by Plaintiff in support of her

request that the Commissioner's decision be reversed, the Court, upon a careful examination of the facts and law, agrees in all respects with the conclusions of the Magistrate Judge.

Accordingly, the Report and Recommendation of Judge Roberts is adopted, in its entirety, and for the reasons stated therein, the decision of the Commissioner is affirmed. A judgment will enter accordingly.

IT IS SO ORDERED this 12th day of January, 2006.

ROBIN J. CAUTHRON
United States District Judge